UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
April 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| **JEREMIAH P. SLAVIT,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL NO. SA-22-CV-01194-OLG** |
| § | |
| **PERIPHERAL VASCULAR** § | |
| **ASSOCIATES, P.A.,** § | |
| § | |
| **Defendant.** § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed March 15, 2024, concerning Defendant's Motion for Summary Judgment. (*See* R&R, Dkt. No. 54.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days. FED. R. CIV. P. 72(b)(2). When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

After reviewing the entirety of the R&R de novo, the Court finds that the Magistrate Judge's recommendation is in all things correct. Accordingly, the Court **ACCEPTS** the Magistrate

Judge's R&R (Dkt. No. 54) and, for the reasons set forth therein, Defendant Peripheral Vascular Associates, P.A.'s Motion for Summary Judgment (Dkt. No. 41) is **GRANTED** and Plaintiff's claims are **DISMISSED**.

It is further **ORDERED** that all other pending motions are **DENIED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this __30__ day of April, 2024.

_____
ORLANDO L. GARCIA
United States District Judge